Jonathan A. Harris (JAH-3047)
HARRIS, CUTLER, CASH
& HOUGHTELING LLP
111 Broadway, Suite 402
New York, NY 10006
Direct Dial: (646) 395-3481
Fax: (212) 202-6206

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5|28|10
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | |
|---|---|
| ZULFIAN, SAMUEL MARTAHAN, BUDI SANTOSO, IWAN JUNAEDI, SURONO, individually, and on behalf of all others similarly situated, | : Civil Action No.<br>: 10-CIV-2279-NRB<br>:<br>: **NOTICE OF VOLUNTARY**<br>: **DISMISSAL PURSUANT TO** |
| Plaintiffs, | : **F.R.C.P. 41(a)(1)(A)(i)** |
| | : |
| v. | : |
| | : |
| M/S "NOORDAM," et al. | : |
| | : |
| Defendants. | : |

----------------------------------------------------------x

COME NOW Plaintiff-seafarers ZULFIAN, SAMUEL MARTAHAN, BUDI

SANTOSO, IWAN JUNAEDI, and SURONO, and give notice, pursuant to Fed. R. Civ. P. Rule

41(a)(1)(A)(i), of dismissal of the above-entitled action.

Defendants have served neither an answer or a motion for summary judgment in this

action.

Date: May 27, 2010

Respectfully submitted,

s/ Jonathan A. Harris
Jonathan A. Harris (JAH-3047)
HARRIS, CUTLER, CASH
& HOUGHTELING LLP
111 Broadway, Suite 402
New York, NY 10006
Direct Dial: (646) 395-3481
Fax: (212) 202-6206
*Attorney for Plaintiffs*

So Ordered.

*Naomi Reice Buchwald,*
USDJ

May 27, 2010

JOSEPH FARZAM LAW FIRM
Joseph S. Farzam, Esq.
Cal. Bar No. 210817
1875 Century Park East, Suite 1345
Los Angeles, California 90067
Telephone No.: 310.226.6890
Fax No.: 310.226.6891
E-mail:  farzam@lawyer.com

KNAPP, PETERSEN & CLARKE
André E. Jardini, Esq.
Cal. Bar No. 71335
550 N. Brand Blvd., Suite 1500
Glendale, California 91203-1922
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329
E-mail:  aej@kpclegal.com

*Co-lead counsel for Plaintiffs Zulfian, Samuel Martahan, Budi Santoso, Iwan Junaedi and Surono*